1 FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
2 Nevada Bar No. 6274
HOLLY E. WALKER, ESQ.
3 Nevada Bar No. 14295
4 300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
5 Telephone: (702) 252-3131
Facsimile: (702) 252-7411
6 E-Mail: ddornak@fisherphillips.com
7 E-Mail: hwalker@fisherphillips.com
*Attorneys for Defendant, Hydro Conduit, LLC,*
8 *d/b/a Rinker Materials Hydro Conduit*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTWION D. HANKINS, an individual, | Case No. 2:18-cv-02034-APG-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (First Request)** |
| vs. | |
| HYDRO CONDUIT, LLC, d/b/a RINKER MATERIALS HYDRO CONDUIT, a foreign limited-liability company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time, up to and including February 22, 2019, to answer or otherwise respond to Plaintiff's Complaint. Defense counsel has only recently been retained and needs additional time to review the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1. This is the first request for an extension of this deadline.

| HATFIELD & ASSOCIATES, LTD | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Trevor J. Hatfield, Esq.*<br>Trevor J. Hatfield, Esq.<br>703 South Eighth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff,*<br>*Antwion D. Hankins* | By: */s/ Holly E. Walker, Esq.*<br>David B. Dornak, Esq.<br>Holly E. Walker, Esq.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>*Attorneys for Defendant, Hydro Conduit, LLC, d/b/a Rinker Materials Hydro Conduit* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 23, 2019