# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ANTWION D. HANKINS,

                 Plaintiff,

vs.

HYDRO CONDUIT, LLC, *et al.*,

                 Defendants.

2:18-CV-02034-APG-CWH

**ORDER**

Before the court is the Motion for Waiver of Attendance of Insurance Carrier at ENE (ECF NO. 11).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion for Waiver of Attendance of Insurance Carrier at ENE (ECF NO. 11) must be filed on or before February 26, 2019. No reply necessary.

DATED this 20th day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE