FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail: ddornak@fisherphillips.com
E-Mail: hwalker@fisherphillips.com
*Attorneys for Defendant, Hydro Conduit, LLC,
d/b/a Rinker Materials Hydro Conduit*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTWION D. HANKINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HYDRO CONDUIT, LLC, d/b/a RINKER MATERIALS HYDRO CONDUIT, a foreign limited-liability company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant(s). | Case No. 2:18-cv-02034-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time, up to and including March 8, 2019, to answer or otherwise respond to Plaintiff's Complaint. Defense counsel has only recently been retained and needs additional time to review the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

FPDOCS 34928276.1

1 | This is the second request for an extension of this deadline.

| HATFIELD & ASSOCIATES, LTD | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Trevor J. Hatfield, Esq.<br>Trevor J. Hatfield, Esq.<br>703 South Eighth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff,*<br>*Antwion D. Hankins* | By: /s/ Holly E. Walker, Esq.<br>David B. Dornak, Esq.<br>Holly E. Walker, Esq.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>*Attorneys for Defendant, Hydro*<br>*Conduit, LLC, d/b/a Rinker Materials*<br>*Hydro Conduit* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: February 21, 2019

FPDOCS 34928276.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101