1  FISHER & PHILLIPS LLP
2  DAVID B. DORNAK, ESQ.
   Nevada Bar No. 6274
3  HOLLY E. WALKER, ESQ.
   Nevada Bar No. 14295
4  300 South Fourth Street, Suite 1500
   Las Vegas, NV  89101
5  Telephone:  (702) 252-3131
   Facsimile:  (702) 252-7411
6  E-Mail: ddornak@fisherphillips.com
7  E-Mail: hwalker@fisherphillips.com
   *Attorneys for Defendant, Hydro Conduit, LLC,*
8  *d/b/a Rinker Materials Hydro Conduit*

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

| | |
|---|---|
| ANTWION D. HANKINS, an individual, | Case No. 2:18-cv-02034-APG-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO CHANGE DATE OF ENE SESSION (First Request)** |
| vs. | |
| HYDRO CONDUIT, LLC, d/b/a RINKER MATERIALS HYDRO CONDUIT, a foreign limited-liability company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendant(s). | |

   IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Early Neutral Evaluation ("ENE") Session scheduled for March 4, 2019 (ECF No. 10) be changed due to a scheduling conflict with counsel for Defendant. A labor arbitration involving counsel for Defendant is scheduled to start on March 5, 2019 in Reno, Nevada.

   Pursuant to the Court's Order (ECF No. 10) scheduling the ENE Session, the parties propose the following alternative dates:  March 25, 2019 – March 29, 2019 and April 1, 2019 – April 3, 2019.

/ / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1   This is the first request for such a continuance.

2   DATED this 22nd day of February, 2019    DATED this 22nd day of February, 2019

3   HATFIELD & ASSOCIATES, LTD               FISHER & PHILLIPS LLP

4   By: */s/ Trevor J. Hatfield, Esq.*       By: */s/ Holly E. Walker, Esq.*
5       Trevor J. Hatfield, Esq.                 David B. Dornak, Esq.
        703 South Eighth Street                  Holly E. Walker, Esq.
6       Las Vegas, NV 89101                      300 South Fourth Street, Suite 1500
        *Attorneys for Plaintiff,*               Las Vegas, NV  89101
7       *Antwion D. Hankins*                     *Attorneys for Defendant, Hydro
                                                 Conduit, LLC, d/b/a Rinker Materials
8                                                Hydro Conduit*

10  IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the Early

11  Neutral Evaluation in the above-referenced case shall be changed to occur on March 26,

12  2019 at 10:00 a.m.

13  The confidential statement is           IT IS SO ORDERED:
    due March 19, 2019.
14  All else as stated in the
    Order (ECF NO. 10) setting              _____
15  the ENE remains the same.               UNITED STATES MAGISTRATE JUDGE

16                                          Dated:_____2-22-2019_____