# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ANTWION D. HANKINS,

    Plaintiff,

v.

HYDRO CONDUIT, LLC,

    Defendant.

Case No. 2:18-cv-02034-APG-CWH

**ORDER**

Presently before the court is attorney Trevor J. Hatfield's motion to withdraw as attorney for plaintiff Antwion D. Hankins (ECF No. 28). Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw. Hankins must file a notice advising the court whether he will represent himself or proceed pro se by August 16, 2019. Hankins is advised that unless and until he retains a new attorney, he is responsible for all deadlines in this case. The court will send Hankins a courtesy copy of the current scheduling order for his reference.

IT IS THEREFORE ORDERED that attorney Trevor J. Hatfield's motion to withdraw as attorney for plaintiff Antwion D. Hankins (ECF No. 28) is GRANTED.

IT IS FURTHER ORDERED that by August 16, 2019, Hankins must file a written notice stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Hankins by that date.

IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with Hankins' last known address as follows:

    3808 Goldfield Street

    North Las Vegas, NV 89032

IT IS FURTHER ORDERED that the clerk of court must serve Hankins with this order and with a courtesy copy of the scheduling order (ECF No. 22).

DATED: July 26, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE