# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTWION D. HANKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>HYDRO CONDUIT, LLC,<br><br>  Defendant. | Case No. 2:18-cv-02034-APG-DJA<br><br>**ORDER** |

Having heard representations at the hearing on November 7, 2019, the Court hereby addresses Plaintiff's failure to appear for the hearing or retain counsel. With good cause appearing, the Court will grant Plaintiff one last extension to obtain new counsel. Hankins must file a notice advising the court whether he will proceed pro se or has obtained new counsel by November 15, 2019. Hankins is reminded <u>for a third time</u> that unless and until he retains a new attorney, he is responsible for all deadlines in this case.

Also, Plaintiff shall provide responses to Defendant's written discovery by November 15, 2019, as previously required by Order (ECF No. 35) and Plaintiff shall appear for his deposition, to be properly noticed by Defendant.

**Failure to notify the Court as to Hankins' representation may subject him to dispositive sanctions, including a recommendation for dismissal of this action.**

IT IS THEREFORE ORDERED that by November 15, 2019, Plaintiff Antwion D. Hankins' Motion must file a written notice stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Hankins by that date.

IT IS FURTHER ORDERED that the clerk of court must serve Hankins with this order.

IT IS FURTHER ORDERED that Plaintiff shall provide responses to Defendant's written discovery by November 15, 2019, as previously required by Order (ECF No. 35) and Plaintiff shall appear for his deposition, to be properly noticed by Defendant.

DATED: November 7, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE