# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTWION D. HANKINS,<br><br>    Plaintiff<br><br>v.<br><br>HYDRO CONDUIT, LLC,<br><br>    Defendant | Case No.: 2:18-cv-02034-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 47] |

On December 12, 2019, Magistrate Judge Albregts recommended that I dismiss this case because the plaintiff has failed to comply with court orders and has not participated in discovery. ECF No. 47. Plaintiff Antwion Hankins filed a response stating that he has tried to obtain an attorney without success and that he agrees to dismiss the case. ECF No. 48.

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 47) is accepted** and plaintiff Antwion Hankins' complaint **(ECF No. 1) is DISMISSED** without prejudice. The clerk of court is instructed to close this case.

DATED this 17th day of December, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE