# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTWION D. HANKINS,

                Plaintiff,

v.

HYDRO CONDUIT, LLC

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-02034-APG-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Pursuant to the Court's [54] ORDER granting partial Attorney Fees, Defendant, Hydro Conduit, LLC is awarded $1,848.00 in fees against plaintiff. Antwion Hankins.

| | |
|---|---|
| 3/10/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |